**C. Frank Class, appellee, v. Frank C. Lewin, appellant. Gen. No. 26,493.**

Action for merchandise sold and delivered to a third person. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the

Branch Appellate Court at the October term, 1920. Reversed with finding of fact. Opinion filed October 4, 1921.
John L. Davidson, for appellant. G. T. Graham, for appellee.
Mr. Justice Morrill delivered the opinion of the court.